■ ROCHA TOUSSIER Y ASOCIADOS, S.C., Respondent, v ROD-RIGO R. RIVERO et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on December 7, 1988, unanimously affirmed. Respondent shall recover of appellants $250 costs and disbursements of this appeal. The motion by respondent to file a surreply brief and for other related relief is denied. No opinion. Concur—Sullivan, J. P., Carro, Asch, Rosenberger and Ellerin, JJ.